THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS RISI, Appellant.—

Under no fair interpretation of the evidence could it be said that there was not a reasonable doubt of defendant's guilt. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.